UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SHAKENA ADAMS,  )<br>  )<br>     Plaintiff,  )<br>  )<br>VS.  )<br>  )<br>SOUTHWEST AIRLINES,  )<br>  )<br>     Defendant.  ) | CIVIL ACTION NO.<br><br>3:18-CV-3394-G (BN) |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The district court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court **ACCEPTS** the findings, conclusions, and recommendation of the United States Magistrate Judge.

The court therefore will allow to proceed plaintiff Shakena Adams's claims, under Title VII and 42 U.S.C. § 1981, that her former employer retaliated against her after she complained of racial discrimination but **DISMISSES** with prejudice all

other claims plaintiff asserts in her complaint as amended by her responses to the court's screening questionnaire.

This matter is **RE-REFERRED** to Magistrate Judge Horan for pretrial management.

**SO ORDERED.**

March 27, 2019.

_____
**A. JOE FISH**
**Senior United States District Judge**